IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00627-AP

DEBORAH BATCHELDER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASE**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| ANN J. ATKINSON<br>7960 South Ireland Way<br>Aurora, CO 80016<br>303-680-1881<br>AtkinsonAJ@aol.com<br><br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act,
42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 3/29/07
    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 6/29/07
    C.    **Date Answer and Administrative Record Were Filed:** 6/4/07

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff states:** The record appears to be complete.
    **Defendant states:** The record is complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states:** The Plaintiff does not have any additional evidence to submit.
    **Defendant states:** None.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **Plaintiff states:** None.
    **Defendant states:** None.

7. **OTHER MATTERS**

    **Plaintiff states:** None.
    **Defendant states:** None.

8. **PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** July 30, 2007
    B.    **Defendant's Response Brief Due:** August 30, 2007
    C.    **Plaintiff's Reply Brief Due:** September 14, 2007

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** The Plaintiff does not request oral argument.
    B.    **Defendant's Statement:** Oral argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this <u>25th</u> day of June, 2007.

                                                     BY THE COURT:

                                                     *S/John L. Kane*
                                                     U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
|  | TROY A. EID |
| s/Ann J. Atkinson 6/22/07 | United States Attorney |
|  |  |
| ANN J. ATKINSON | KURT J. BOHN |
| 7960 South Ireland Way | Assistant U.S. Attorney |
| Aurora, CO 80016 | kurt.bohn@usdoj.gov |
| 303-680-1881 |  |
| AtkinsonAJ@aol.com | By:  s/Debra J. Meachum 6/22/07 |
|  |       Debra J. Meachum |
| Attorney for Plaintiff |       Special Assistant U.S. Attorney |
|  |       1961 Stout Street, Suite 1001A |
|  |       Denver, Colorado  80294 |
|  |       Telephone:  (303) 844-1570 |
|  |       debra.meachum@ssa.gov |
|  |       Attorneys for Defendant. |

4